No. 02–8754. WEAVER v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 942] denied.

No. 02–9438. SELVERA v. FRIO COUNTY, TEXAS. Ct. App. Tex., 4th Dist.;
No. 02–9505. GRAVES v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist.;
No. 02–9581. MCMAHON v. REBOUND CARE, DBA OPEN ARM CARE. C. A. 6th Cir.; and
No. 02–9753. PRATO v. VALLAS ET AL. App. Ct. Ill., 1st Dist. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 9, 2003, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 02–9519. IN RE FLYNN. Dist. Ct. Mich., 34th Dist. Petition for writ of common-law certiorari denied.

No. 02–10303. IN RE KHOURI. Petition for writ of habeas corpus denied.

No. 02–10328. IN RE GUNNELL. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8.

No. 02–9472. IN RE WILLS;
No. 02–9573. IN RE LOVE;
No. 02–9578. IN RE RIVAS;
No. 02–9695. IN RE MENDOZA MALDONADO; and
No. 02–9854. IN RE DOYHARZABAL. Petitions for writs of mandamus denied.

No. 02–9872. IN RE MORRISON; and
No. 02–9889. IN RE MORRISON. Motions of petitioner for leave to proceed *in forma pauperis* denied, and petitions for writs of mandamus dismissed. See this Court's Rule 39.8.

No. 02–1205. JONES ET AL., ON BEHALF OF HERSELF AND A CLASS OF OTHERS SIMILARLY SITUATED v. R. R. DONNELLEY & SONS CO. C. A. 7th Cir. Certiorari granted.